USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARVIN ANDERSON,  : 10 Civ. 818 (SHS)

                    Plaintiff,  :

   -against-  : ORDER

J. MARR, *ET AL.*,  :

                    Defendants.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        On July 18, 2011, Magistrate Judge Frank Maas issued a Report and Recommendation recommending that defendants' motion to dismiss plaintiff's second amended complaint pursuant to Fed. R. Civ. P. 12(b)(2), (3), and (6), or, in the alternative, for summary judgment pursuant to Rule 56, be granted in its entirety. Objections to the Report and Recommendation were due on August 4, 2011. To date, no objections have been received by this Court. After a *de novo* review of the Report and Recommendation,

        IT IS HEREBY ORDERED that Magistrate Judge Mass' Report and Recommendation is adopted and defendants' motion to dismiss, or, in the alternative, for summary judgment (document no. 30), is granted.

Dated: New York, New York
       August 10, 2011

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.